UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC DUFENDACH,<br><br>       Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. 3:13-cv-05477-BHS-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. See ECF #29. After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

The undersigned recommends that the above-captioned case be reversed and remanded for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), including but not limited to the following: obtain vocational expert testimony at steps four and five of the sequential evaluation process, as necessary, to determine whether Plaintiff has acquired transferable work skills from his past relevant work and provide evidence in support of that conclusion.

Upon proper presentation, the Court will consider Plaintiff's application for attorney fees

REPORT AND RECOMMENDATION - 1

under the Equal Access to Justice Act and Section 406(b) of the Social Security Act, if appropriate.

Given the fact of the parties' stipulation, the undersigned recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED**. A proposed order accompanies this Report and Recommendation.

DATED this 14th day of January, 2014.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2