UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC DUFENDACH,<br><br>                    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 3:13-cv-05477-BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom recommending that this case be remanded based on the stipulation of the parties. It is therefore ORDERED:

(1) The Court ADOPTS the Report and Recommendation; and

(2) The Court REVERSES and REMANDS for further administrative proceedings.

Dated this 20th day of January, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER